Thomas J. Lloyd III, ISB No. 7772
MILLER NASH LLP
950 W. Bannock Street, Suite 1100
Boise, Idaho 83702
Tel: (208) 906-3072
Fax: (503) 224-0155
Email: Thomas.Lloyd@MillerNash.com

*Attorneys for Alterra Mountain Company U.S. Inc.,*
*and Husky Mountain Acquisition Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCHWEITZER MOUNTAIN PROPERTIES, LLC, an Idaho limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HUSKY MOUNTAIN ACQUISITION INC., a Delaware corporation, and ALTERRA MOUNTAIN COMPANY U.S. INC., a Delaware corporation,<br><br>Defendants. | Case No. 2:26-cv-00104-REP<br><br>**ALTERRA MOUNTAIN COMPANY U.S. INC.'S CORPORATE DISCLOSURE STATEMENT** |
| HUSKY MOUNTAIN ACQUISITION INC., a Delaware corporation, and ALTERRA MOUNTAIN COMPANY U.S. INC., a Delaware corporation,<br><br>Counterclaimants,<br><br>v.<br><br>SCHWEITZER MOUNTAIN PROPERTIES, LLC, an Idaho limited liability company,<br><br>Counterdefendant. | |

**ALTERRA MOUNTAIN COMPANY U.S. INC.'S CORPORATE DISCLOSURE STATEMENT - 1**

COME NOWS Defendant Alterra Mountain Company U.S. Inc. ("Alterra"), by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 7.1, and hereby provides the following information:

1. Alterra is a Delaware corporation organized under the laws of Delaware, with its principal place of business located in Denver, Colorado. Alterra's parent company is Alterra Mountain Company, also a Delaware corporation with its principal place of business located in Denver, Colorado.

2. Alterra is not a publicly traded company, nor does any publicly-held entity own 10% or more of its stock.

DATED: <u>March 11, 2026</u>                    MILLER NASH LLP

Thomas J. Lloyd III, ISB No. 7772

*Attorneys for Defendants*

**ALTERRA MOUNTAIN COMPANY U.S. INC.'S CORPORATE DISCLOSURE STATEMENT - 2**